DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELISE MARVIN,**
Appellant,

v.

**BRETT H. MARVIN,**
Appellee.

No. 4D14-2665

[March 18, 2015]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502013DR001537XXXXSB.

Jonathan S. Root and Christopher A. Tiso of Jonathan S. Root, P.A., Boca Raton, for appellant/cross-appellee.

Michael D. Cirullo, Jr., of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, Joshua K. Friedman and Jason A. Brodie of Brodie & Friedman, P.A., Boca Raton, for appellee/cross-appellant.

PER CURIAM.

Affirmed without prejudice. *Pedraja v. Garcia*, 667 So. 2d 461, 462 (Fla. 4th DCA 1996) (Temporary relief awards "are among the areas where trial judges have the very broadest discretion, which appellate courts are very reluctant to interfere with except under the most compelling of circumstances."). The parties may present these issues, including the request for retroactive support, for consideration by the trial court in any final order or judgment.

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***